**Order filed October 6, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00336-CV
_____

### MICHAEL REILLY AND RAVAGO AMERICAS LLC D/B/A GENESIS POLYMERS, Appellant

### V.

### PREMIER POLYMERS, L.L.C, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2018-47163**

## ORDER

Our review has determined that a non-redacted copy of Exhibit 1 to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Pursuant to Texas Citizens Participation Act, which was agreed to be filed under seal was not included in the clerk's record. We order the District Clerk to prepare and file with this court a supplemental sealed clerk's record containing this document within 10 days from the date of this order.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.